# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12603

_____

PATRICK DONOHUE,
the Proposed Personal Representative of the
Estate of MARY LAKE, Deceased,

                Plaintiff-Appellee,

*versus*

PSL REHABILITATION AND HEALTHCARE, LLC,
d.b.a.
PORT ST. LUCIE REHABILITATION AND HEALTHCARE,

                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

| 2 | Order of the Court | 23-12603 |

D.C. Docket No. 2:23-cv-14027-KMM

_____

ORDER:

Appellant's opposed motion to stay the filing of briefs is GRANTED. The stay shall expire at the mandate of Schleider appeal No. 21-11765.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE